# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERRAL FRIERSON

VERSUS

OCHSNER MEDICAL CENTER-
NORTHSHORE, LLC, ET AL

NO.   2025 CW 1276

**DECEMBER 15, 2025**

---

In Re:   Terral Frierson, applying for supervisory writs, 22nd
Judicial District Court, Parish of St. Tammany, No.
202410722.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**STAY DENIED; WRIT DENIED.**

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT